LAWRENCE SCHNEIDER, Appellant, v. HODGKINS-FIELDS HARDWARE COMPANY, INC., Respondent.— Judgment affirmed, with costs. New trial in Municipal Court of city of Dunkirk to be held on the 6th day of January, 1921, at ten o'clock A. M. All concur.

HELEN BUSCHALEWSKI, as Administratrix, etc., of BRONISLAUS BUSCH-ALEWSKI, Deceased, Respondent, v. THE DIRECTOR GENERAL OF RAIL-ROADS, Appellant.— Judgment and order affirmed, with costs. All concur.

JAMES A. KELLY and Another, Respondents, v. JAMES A. ROWAN, Appellant.— Judgment and order affirmed, with costs. All concur.

MEYER MARCUS, Respondent, v. E. BERT HENSHAW, Appellant.— Judgment and order affirmed, with costs. All concur.

WILLIAM N. BELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur.

ANNA ALLEN, as Administratrix, etc., of LEGRANDE ALLEN, Deceased, Respondent, v. WALKER D. HINES, Director General of Railroads, Appellant. — Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $10,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is against the weight of the evidence upon the question of damages and is excessive. *All concur.*

DANIEL GRIFFITHS, Respondent, v. WALKER D. HINES, Director General of Railroads, Appellant.— Judgment and order affirmed, with costs. All concur.

FREDERICK H. ELTER, Respondent, v. HERBERT L. LARZELERE, Appellant. — Judgment and order affirmed, with costs. All concur; Clark, J., not sitting.